1124

No. 98–6592. FALGE v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6802. IHEKE v. UNITED STATES; and
No. 98–7030. EMUCHAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6932. PERRY v. UNITED PARCEL SERVICE. C. A. 11th Cir. Certiorari denied.

No. 98–6933. CLEMONS v. ALABAMA. Sup. Ct. Ala. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6952. ANSLEY v. GREENBUS LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6955. BERGNE v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–6956. AMADOR v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–6957. COHEA v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 98–6959. CARPENTER v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6966. ROSENBERG v. HYATT HOTEL AND RESORT ET AL. C. A. D. C. Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6970. SPAIN v. VIRGINIA. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6972. BONNETT v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6978. LAWRENCE v. TURPIN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–6979. KISKILA ET UX. v. BUSINESS EXCHANGE, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.